FILED
TAMPA
FLORIDA

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

2011 JAN -3 ı P 3 11

IN RE:

U.S. BANKRUPTCY COURT
MIDDLE DISTRICT
OF FLORIDA

BICOASTAL HOLDING COMPANY

Case No.: 8:08-bk-17648-ALP
Chapter 7

Debtor.

_____/

## DAN BILZERIAN'S MOTION FOR A CONTINUANCE OF HEARING SCHEDULED FOR JANUARY 4, 2011

I learned earlier today from Paul DeCailly that Ernie Haire has filed a paper claiming that he served me with some papers in this case and that a hearing is scheduled for tomorrow, January 4, 2011. I have not received any documents related to this case and was unaware of the hearing. Mr. DeCailly has informed me that Mr. Haire is trying to hold me liable for the filing of the bankruptcy case against my mother's former company, Bicoastal Holding Company ("Bicoastal"). Mr. David Hammer represented Haircut Partners in this case and prepared and filed all papers in this case but I was also told that Mr. Haire has released Mr. Hammer and that he is now going to be Mr. Haire's witness against me. I am the only remaining partner in Haircut as I purchased Mr. Bleakley's claims for attorneys' fees against Bicoastal. Therefore, there really is no longer a Haircut partnership; it is only me. Mr. DeCailly has agreed to send me the papers that Mr. Haire claims to have served on me but I am presently in Las Vegas, Nevada.

I further understand from Mr. DeCailly that David Hammer filed a motion to withdraw as attorney for Haircut in this case but he did not send me a copy nor inform me of such nor did he inform me that he settled with Ernie Haire nor did he inform me that Haircut's state court case against Bicoastal was dismissed because he did not oppose it. I further understand that Mr.

1

Hammer cannot practice law any longer. I will hire an attorney to represent me and Haircut in this case but I would appreciate it if the Court would schedule a status conference in thirty days by which time I will have hired an attorney and he should be in a position to determine what should be done to defend Haircut and me and prosecute its legitimate claims against Bicoastal.

Dan Bilzerian
4575 Dean Martin Drive,
Panorama Towers, Unit 3304
Las Vegas, NV 89103-4100

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on January 3, 2011, I mailed a copy of the foregoing to

Geoffrey Todd Hodges, 905 Shaded Water Way, Lutz, Florida 33549.

Terri Steffen